# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DICKEY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>TICKETMASTER, LLC, a Virginia Corporation; LIVE NATION ENTERTAINMENT, INC., a Delaware Corporation,<br><br>　　　　　　　　Defendants. | Case No.: CV 18-9052-GW-GJSx<br><br>**ORDER VACATING L.R. 23-3 DEADLINE TO FILE MOTION FOR CERTIFICATION**<br><br>Judge: Hon. George H. Wu<br><br>Complaint filed: Oct. 19, 2018<br>Complaint Served: Oct. 26, 2018<br>Current L.R. 23-3 Date: Jan. 24, 2019 |

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline under Local Rule 23-3 for Plaintiffs to file a motion for class certification in this action is VACATED. The parties shall propose a schedule for such briefing in in the Joint Report that they will file in accordance with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1.

**IT IS SO ORDERED.**

Dated: January 28, 2019

_____
Hon. George H. Wu
United States District Judge